Law Offices of
# Donald J. Yannella
A Professional Corporation
Email: nynjcrimlawyer@gmail.com
Tel: (212) 226-2883
Fax: (646) 430-8379

70 Grand Avenue, Suite 100  
River Edge, NJ 07661

233 Broadway, Suite 2370  
New York, NY 10279  
(Preferred mailing address)

October 20, 2021

Loretta A. Preska  
United States District Judge  
500 Pearl Street  
New York, NY 10007

Re: United States v. Kazeem Raheem  
21 Cr. 609 (LAP)

Dear Judge Preska:

I was appointed pursuant to the Criminal Justice Act for Kazeem Raheem at his presentment on October 13, 2021.

Today, retained counsel, Steve Goldstein, filed a notice of appearance on behalf Mr. Raheem. (ECF 49). I respectfully request that my appointment as counsel for Mr. Raheem be terminated and that I be permitted to withdraw as counsel.

Sincerely,

/s/  
Donald J. Yannella, Esq.

So ordered  
Loretta A. Preska  
10/21/21