

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 10, 2023

**By ECF**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    United States v. Kazeem Raheem,
                 S1 21 Cr. 609 (LAP)

Dear Judge Preska:

      The Government respectfully submits this letter motion to request that the Court accept defendant Kazeem Raheem's guilty plea allocution, made before Magistrate Judge Ona T. Wang on February 6, 2023. The transcript of that proceeding and the text of a proposed order are appended hereto. The Government is also submitting a preliminary order of forfeiture that was signed by both parties pursuant to the parties' plea agreement.

      Respectfully submitted,

```
The plea is accepted.

SO ORDERED.

/s/ Loretta A. Preska
2/13/23
```

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:      /s/     
    Kaylan E. Lasky
    Matthew Weinberg
    Assistant United States Attorneys
    (212) 637-2315 / 2386

cc: Counsel of Record (via ECF)