```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   1:21-cr-00609-LAP-3
     -against-                       :   ORDER
                                     :
Kazeem Raheem                        :
                                     :
Defendant                            :
                                     :
-------------------------------------X
```

Loretta A. Preska, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include the condition of Mental Health Evaluation and Treatment as directed by Pretrial Services.

Dated: March 17, 2023
New York, New York

SO ORDERED:

_____
Loretta A. Preska
United States District Judge