

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

May 2, 2023

**By ECF and EMAIL**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>United States v. Adedayo John, et al</u>,
               S1 21 Cr. 609 (LAP)

Dear Judge Preska:

      The Government writes to confirm its discussion with the Court's Courtroom Deputy regarding the sentencings of defendants Olawoyin Peter Olarewaju and Kazeem Raheem. As the Court is aware, the defendants were initially scheduled to be sentenced on May 3, 2023 and May 9, 2023, respectively. The parties jointly requested an adjournment of each sentencing. The parties understand that May 23, 2023, at 2:00 p.m., is a date and time that is convenient for the Court for the sentencing of Olarewaju, and that May 23, 2023, at 2:30 p.m., is a date and time convenient for the Court for the sentencing of Raheem. If these dates and times continue to be agreeable to the Court, the parties request that the Court "so order" this letter.

                                  Respectfully submitted,

                                  DAMIAN WILLIAMS
                                  United States Attorney for the
                                  Southern District of New York

**SO ORDERED**

/s/ Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

5/3/23

                                By:      /s/
                                    Kaylan E. Lasky
                                  Matthew Weinberg
                                  Assistant United States Attorneys
                                  (212) 637-2315 / 2386

cc:  Counsel of Record (via ECF)